# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                            NO. 2021 KW 0954

VERSUS

QUENTIN WATSON                                               **OCTOBER 18, 2021**

---

In Re:    Quentin Watson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 09-CR-10105552.

---

**BEFORE:    McCLENDON, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.    Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to relator whose convictions and sentences were final at the time the decision was rendered. Accordingly, the district court did not err by denying the application for postconviction relief.

**WIL**
**EW**

**McClendon, J.,** concurs in the denial of the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT